IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DRIVE NEW JERSEY INS. CO. and<br>DRIVE NEW JERSEY INS. CO. as<br>Subrogee of SHEENA H. HARRIS<br>v. | :<br>:<br>:<br>:    CIVIL ACTION NO.:<br>:<br>: |
| BRIAN KANE,<br>YRC, INC. (as successor in interest to<br>ROADWAY EXPRESS, INC.),<br>OLD REPUBLIC INS. CO. and<br>ABC CORPORATION(S) | :<br>:<br>:<br>:<br>: |

## NOTICE OF REMOVAL

TO:    Elissa B. Wolf, Esquire
Law Offices of Jan Meyer & Associates, P.C.
1029 Teaneck Road, 2nd Floor
Teaneck, NJ 07666

**PLEASE TAKE NOTICE THAT** Defendants Brian Kane, YRC, Inc. (as successor in interest to Roadway Express, Inc.) and Old Republic Insurance Company have filed a petition in the United States District Court for the District of New Jersey for removal of an action now pending in the Superior Court of New Jersey Law Division, Bergen County, New Jersey, which cause of action is entitled <u>Drive New Jersey Insurance Company and Drive New Jersey Insurance Company as Subrogee of Sheena H. Harris v. Brian Kane, Roadway Express, Inc., Old Republic Insurance Company and ABC Corporation(s)</u>, Docket No. L1281-09, to said District Court and defendants have filed in the United States District Court for the District of New Jersey a copy of all pleadings served upon them, presently in their possession, which were filed and entered in the Superior Court of New Jersey, Bergen County, New Jersey.

A copy of said notice of removal is attached and herewith served upon you.

                              GERMAN, GALLAGHER & MURTAGH

BY:         /s/
       Audrey Ziadat, Esquire
       Attorney for Defendants
       Brian Kane, YRC, Inc. (successor in interest
       to Roadway Express, Inc.) and
       Old Republic Insurance Company
       Blason IV – Suite 208
       513 S. Lenola Road
       Moorestown, NJ 08057
       (856) 235-8022
       (856) 235-4332 - Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DRIVE NEW JERSEY INS. CO. and<br>DRIVE NEW JERSEY INS. CO. as<br>Subrogee of SHEENA H. HARRIS<br>        v.<br><br>BRIAN KANE,<br>YRC, INC. (as successor in interest to<br>ROADWAY EXPRESS, INC.),<br>OLD REPUBLIC INS. CO. and<br>ABC CORPORATION(S) | :<br>:<br>:<br>:   CIVIL ACTION NO.:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PETITION FOR REMOVAL

**AND NOW COMES** the defendants, Brian Kane, YRC, Inc. (successor in interest to Roadway Express, Inc.) and Old Republic Insurance Company, Petitioners for the purposes only of removing this cause to the United States District Court for the District of New Jersey, and respectfully aver the following:

### I.   PARTIES

1. Petitioners, Brian Kane, YRC, Inc. (successor in interest to Roadway Express, Inc.) and Old Republic Insurance Company, defendants in a civil action filed by plaintiffs by complaint, which civil action is now pending in the Superior Court of New Jersey, Bergen County, New Jersey. See true and correct copy of the Complaint attached hereto as Exhibit "A".

2. Plaintiffs served the aforesaid complaint on defendant Old Republic Insurance Company on or about March 11, 2009.

3. According to plaintiffs' complaint, plaintiff Drive New Jersey Insurance Company is in the business of automobile insurance, is located in Mayfield Heights, Ohio, and is domiciled in New Jersey.

Case 2:09-cv-01680-SDW-MCA   Document 1   Filed 04/09/09   Page 4 of 8 PageID: 4

4. Petitioner YRC, Inc. (successor in interest to Roadway Express, Inc.) is a corporation incorporated under the laws of the state of Delaware with its principal place of business in Overland Park, Kansas.

5. Defendant Brian Kane is a citizen of the Commonwealth of Pennsylvania.

6. Defendant Old Republic Insurance Company is a corporation incorporated under the laws of the Commonwealth of Pennsylvania with its principal place of business at 133 Oakland Avenue, Greensburg, Pennsylvania, 15601.

7. As of the date of service and filing of this petition, Mr. Kane has not been served with a copy of the complaint. However, undersigned counsel will be representing Mr. Kane when and if he is served. Mr. Kane consents to the removal of this matter.

8. Federal Rule of Civil Procedure 10(a) requires a plaintiff to name all parties.

9. Plaintiffs also named as defendants "ABC Corporation(s)", citing allegations that the "ABC Corporation(s)" defendant(s) provided insurance coverage for defendant Roadway Express, Inc.. See Exhibit "A" at paragraph 8.

10. For purposes of removal under 28 U.S.C.S. §§ 1441 et seq., the citizenship of defendants sued under fictitious names shall be disregarded.

11. Accordingly, the unnamed defendants are not considered for purposes of establishing diversity of citizenship. See Brooks v. Purcell, 57 Fed.Appx. 47, 50 (3rd Cir. 2002) ("… there is no doubt that in determining whether there is complete diversity of citizenship we disregard the John Doe and Jane Doe defendants inasmuch as 28 U.S.C. §1441(a) provides that for purposes of removal 'the citizenship of defendants sued under fictitious names shall be disregarded'").

12. Based upon the foregoing, complete diversity of citizenship between the parties has been established.

2

## II.  PLAINTIFFS' COMPLAINT AND CLAIMS FOR DAMAGES

13.  Pursuant to Count I, paragraphs 13 and 14 of the complaint, plaintiffs alleged to have "paid claims in the amount of $260,875.13 including deductible." See Exhibit "A".

14.  Pursuant to Count II, paragraph 2 of the complaint, plaintiffs alleged to have "paid claims in the amount of $260,875.13 including deductible." See Exhibit "A".

15.  Pursuant to Count III, paragraph 4 of the complaint, plaintiffs alleged to have "paid claims in the amount of $260,875.13 including deductible." See Exhibit "A".

16.  Pursuant to Count IV, paragraph 3 of the complaint, plaintiffs alleged to have "sustained damages in the amount of $260,875.13 including deductible." See Exhibit "A".

17.  Pursuant to Count V, paragraph 4 of the complaint, plaintiffs alleged to have "sustained damages in the amount of $260,875.13 including deductible." See Exhibit "A".

18.  Pursuant to Count VI, paragraph 9 of the complaint, plaintiffs alleged to have "paid claims in the amount of $260,875.13 including deductible." See Exhibit "A".

19.  Pursuant to Count VII, paragraph 6 of the complaint, plaintiffs claim "a right to recover $260,875.13." See Exhibit "A".

20.  Although the petitioners dispute plaintiffs' alleged claims, a reasonable reading of the value of the claims asserted by the plaintiffs in their complaint indicate that these claims, if proven, exceed the sum or value of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs. See Scioscia v. Target Corp. 2008 U.S. Dist. LEXIS 53508 (D.N.J. July 8, 2008); Crawford v. Barr Pharmaceuticals, Inc., 2008 U.S. Dist. LEXIS 66313 (D.N.J. August 29, 2008).

21.  A copy of all process, pleadings and orders served upon petitioner in this action are attached hereto as Exhibit "B".

## VI. CONCLUSION

22.     This Honorable Court would have had original jurisdiction over plaintiffs' alleged claims against Petitioners as reflected in the attached complaint premised upon a diversity of citizenship, pursuant to the 28 U.S.C. §1332(a).

23.     As jurisdiction is proper, as established in the matter as reflected in plaintiffs' Complaint, Petitioners seek removal to the United States District Court for the District of New Jersey pursuant to the provisions of 28 U.S.C. §1441.

24.     Petitioner desires to and does remove the action reflected in the complaint attached hereto as Exhibit "A" from the Superior Court of New Jersey Law Division, Bergen County, New Jersey to this United States District Court for the District of New Jersey, within which District the action is presently pending.

**WHEREFORE**, Petitioners pray that the lawsuit reflected in the complaint attached hereto as Exhibit "A" be removed to this Honorable Court pursuant to the laws of the United States in such cases made and provided.

GERMAN, GALLAGHER & MURTAGH

BY: _____/s/_____
    Audrey Ziadat, Esquire
    Attorney for Defendants
    Brian Kane, YRC, Inc. (successor in
    interest to Roadway Express, Inc.) and
    Old Republic Insurance Company
    Blason IV – Suite 208
    513 S. Lenola Road
    Moorestown, NJ 08057
    (856) 235-8022
    (856) 235-4332 - Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DRIVE NEW JERSEY INS. CO. and<br>DRIVE NEW JERSEY INS. CO. as<br>Subrogee of SHEENA H. HARRIS<br>v.<br><br>BRIAN KANE,<br>YRC, INC. (as successor in interest to<br>ROADWAY EXPRESS, INC.),<br>OLD REPUBLIC INS. CO. and<br>ABC CORPORATION(S) | CIVIL ACTION NO.: |

## PROOF OF FILING

Audrey Ziadat, Esquire, being duly sworn according to law, deposes and says that she is the attorney for the Petitioners Brian Kane, YRC, Inc. (as successor in interest to Roadway Express, Inc.) and Old Republic Insurance Company and that he did file with the Clerk of the Superior Court of New Jersey, Bergen County, New Jersey, a copy of the within petition for removal and all attachments thereto by hand delivering a copy of same to the Office of the Clerk of the Superior Court of New Jersey, Bergen County, New Jersey, on the 9th day of April, 2009.

/s/
Audrey Ziadat, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DRIVE NEW JERSEY INS. CO. and<br>DRIVE NEW JERSEY INS. CO. as<br>Subrogee of SHEENA H. HARRIS<br>v.<br><br>BRIAN KANE,<br>YRC, INC. (as successor in interest to<br>ROADWAY EXPRESS, INC.),<br>OLD REPUBLIC INS. CO. and<br>ABC CORPORATION(S) | CIVIL ACTION NO.: |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the within petition for removal was served upon counsel listed below by United States First Class Mail, postage prepaid, on April 9, 2009 and addressed as follows:

Elissa B. Wolf, Esquire
Law Offices of Jan Meyer & Associates, P.C.
1029 Teaneck Road, 2nd Floor
Teaneck, NJ 07666
*Attorney for Plaintiffs*

/s/
Audrey Ziadat, Esquire